INSCOE v. INDUSTRIES, INC.

No. 14 PC.

Case below: 30 N.C. App. 1.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 5 October 1976.

LENTZ v. GARDIN

No. 54 PC.

Case below: 30 N.C. App. 379.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 5 October 1976.

MENDENHALL v. MENDENHALL

No. 49 PC.

Case below: 30 N.C. App. 597.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.

POORE v. RAILWAY

No. 15 PC.

Case below: 30 N.C. App. 104.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 5 October 1976.

REALTY CORP. v. COBLE, SEC. OF REVENUE

No. 44 PC.

Case below: 30 N.C. App. 261.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 5 October 1976.